UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 10-229(3) |
| ) | |
| BRENT KEVIN HERCULES ANTOINE ) | |
| ) | |

## ORDER SETTING SENTENCING HEARING

AND NOW, this 18TH day of September, 2013, Defendant Brent Kevin Hercules Antoine having been found guilty by a jury as to Counts 1 through 5 of the Superseding Indictment filed at Criminal No. 2:10-CR-00229-MBC-3, and in accordance with the Sentencing Reform Act of 1984, 18 U.S.C. § 3551, *et seq.*, and the United States Sentencing Guidelines promulgated under that Act and the Sentencing Commission Act, 28 U.S.C. § 991 *et seq.*,

IT IS HEREBY ORDERED as follows:

1. A sentencing hearing in this matter shall be held on **October 30, 2013** at 11:00 a.m. in Courtroom 8A, 8th Floor, United States Courthouse, 8170 United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania 15219.

2. No later than **October 16, 2013**, a party may file supplemental information or a memorandum with respect to sentencing of the defendant, and shall serve the same upon the probation officer.

3. Opposing counsel may file a response to any supplemental information or memorandum no later than **October 23, 2013**.

4. If counsel for the defendant intends to submit letters to the Court for consideration at sentencing, said letters should be electronically filed no later than **October 25, 2013**.

5. For good cause shown, the Court may allow additional information and memoranda, and the responses thereto, to be raised at any time prior to the imposition of sentence.

>     */s/ Maurice B. Cohill, Jr.*
> Maurice B. Cohill, Jr.
> Senior United States District Judge