IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 10-229(3) |
| | ) |
| BRENT KEVIN HERCULES ANTOINE | ) |

## ORDER

AND NOW, this 3rd day of April, 2014, it is hereby ORDERED, ADJUDGED, and DECREED that the sentencing hearing scheduled for Thursday, April 3, 2014 at 2:00 P.M. in Courtroom 8A, U.S. Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania is continued to Tuesday, April 8, 2014 at 3:00 P.M. in Courtroom 8A, U.S. Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania.

Failure of Defendant to timely appear will result in Defendant be held in violation of his bond conditions, his bond being revoked, and an arrest warrant immediately being issued for his apprehension.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge